IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE A. RAMIREZ, et al., <br> Plaintiffs, <br> v. <br> BENIHANA NATIONAL CORP., <br> Defendant. | Case No. 18-cv-05575-MMC <br><br> **ORDER DENYING DEFENDANT'S MOTION TO STAY** <br> Re: Dkt. No. 15 |

Before the Court is defendant Benihana National Corp.'s Motion to Stay, filed October 5, 2018. Plaintiffs Jorge A. Ramirez and Angel Sandoval-Rivera have filed opposition, to which defendant has replied. The matter came on regularly for hearing on March 22, 2019. C. Robert Harrington of Littler Mendelson, P.C. appeared on behalf of defendant. Jaimelee F. Martinez of Michael H. Kim, P.C. appeared on behalf of plaintiffs.

The Court having considered the parties' respective submissions and the arguments of counsel at the hearing, the motion is, for the reasons stated on the record at the hearing, hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 22, 2019

MAXINE M. CHESNEY
United States District Judge